UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00366-FDW-DSC

| | |
|---|---|
| MAURICIA HARRINGTON-WALL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF MONROE, NC, and MARTEL ) | ORDER |
| HARRISON, individually and officially, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court following the hearing on Defendants' Motion for Summary Judgment (Doc. No. 8) on Monday, June 8, 2020. As stated in open court following the hearing, the Court has taken the pending motion under advisement and provided counsel notice of its intent to continue trial in this matter. Because of a crowded trial docket in September, the Court hereby continues trial in this matter from the July 6, 2020, term to beginning November 2, 2020. The Court will provide a date for a pretrial conference in its Order on the pending motion for summary judgment.

IT IS SO ORDERED.

Signed: June 26, 2020

Frank D. Whitney
United States District Judge